IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DANIEL W. TAYLOR, )
)
    Plaintiff, )
)
v. ) CASE NO. CV416-318
)
RODNEY JACKSON, in their official )
and individual capacity; JOSE )
MORALES, in their official and )
individual capacity; WARDEN SHANAE )
CURTIS, in their official and )
individual capacity; CO-I SGT. MARK )
STAFFORD, in their official and )
individual capacity; COUNSELOR MS. )
FINCHER, in their official and )
individual capacity; and )
COMMISSIONER HOMER BRYSON, in their )
official and individual capacity; )
)
    Defendants. )
)

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 16), to which Plaintiff has filed objections (Doc. 17). After careful consideration of the record in this case, the Court concludes that Plaintiff's objections are without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion and Plaintiff's complaint is **DISMISSED** without prejudice. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 10th day of February 2017.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA