# United States District Court
## Southern District of Georgia

Daniel W. Taylor,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV416-318,

Rodney Jackson, et al.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 2/10/17 adopting the Magistrate Judge's Report and Recommendation, judgment is hereby entered dismissing the complaint without prejudice.



| 2/10/17 | Scott L. Poff |
|---|---|
| Date | Clerk |

*Walker Prescott*
(By) Deputy Clerk